```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


CHARLES C. WILLIAMS,            :
     Plaintiff,                 :
                                :
     v.                         :    Case No. 3:17cv2098(AWT)
                                :
CITY OF HARTFORD, ET AL.        :
     Defendants.                :
```

**ORDER RE MOTIONS FOR PRELIMINARY INJUNCTION
AND FREEZING OF DEFENDANTS' ASSETS**

The plaintiff has moved for preliminary injunctive relief [Doc.#7] "prohibit[ing] the defendants and their employees . . . from initiating retaliatory action against the plaintiff for filing this action . . . ." Such actions, according to the plaintiff, include "administrative transfers, strip searches, mail tampering, job changes, [and] confiscating legal research material." He has also moved for an order freezing the defendants' assets [Doc.#8], arguing that the transfer of any of their property may prevent him from obtaining adequate relief.

Preliminary injunctive relief is an extraordinary remedy and is never awarded as a matter of right. Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 24, 129 S. Ct. 365 (2008); Johnson v. Newport Lorillard, No. 01 Civ. 9587 (SAS) (S.D.N.Y. Jan. 23, 2003), 2003 WL 169797, *1. A movant seeking a preliminary injunction must establish (1)

irreparable harm in the absence of the injunction and (2) either a likelihood of success of merits or sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in the movant's favor.  Jolly v. Coughlin, 76 F.3d 468, 473 (2d Cir. 1996); Shapiro v. Cadman Towers, Inc., 51 F.3d 328, 332 (2d Cir. 1995); Mitchell v. Cuomo, 748 F.2d 804, 806 (2d Cir. 1984).

The present record, which consists only of the proposed amended complaint, is not sufficient for the court to determine whether the plaintiff's claims will likely succeed on the merits or whether there are sufficiently serious questions on the merits of the claims.  Therefore, the motion for preliminary injunctive relief [Doc.#7] and the motion to freeze the defendants' assets [Doc.#8] are hereby DENIED.

It is so ordered.

Signed this 11th day of July, 2018, at Hartford, Connecticut.

                                                     /s/AWT
                                  Alvin W. Thompson
                     United States District Judge